UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
CAMPBELL, TABATHA L.

Case No.: 18-12474-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on January 15, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__ . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 545 TANSBORO ROAD, BERLIN, NJ<br>(FMV $229,900.00) |
|---|---|

| Liens on property: | $253,291.00- QUICKEN LOANS |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-12474-ABA
Tabatha L. Campbell                                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Dec 11, 2018
                              Form ID: pdf905          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.
```
db          +Tabatha L. Campbell,    105 Cooper Road,    Voorhees, NJ 08043-4958
cr          +QUICKEN LOANS INC.,    Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
cr          +Wells Fargo Bank, N.A.,    P.O. Box 130000,   Raleigh, NC 27605-1000
517322148    Aptive Environmental - Philadelphia,    2650 Eisenhower Avenue,    Ste 103A,
              Trooper, PA 19403-2314
517446645   +BMW Bank of North America,    PO Box 23356,   Pittsburgh, PA 15222-6356
517322150   +Bmw Bank Of North Amer,    2735 E Parleys Ways Ste,   Salt Lake City, UT 84109-1666
517322151   +Citibank/Best Buy,    Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
              St. Louis, MO 63179-0040
517322152   +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,
              Saint Louis, MO 63179-0040
517322157   +Elite Landscaping,    8 Pineview Avenue,   Berlin, NJ 08009-9510
517322158    Emergency Phy Assoc of S Jers,    ATTN: HRRG,   PO Box 189053,   Plantation, FL 33318-9053
517322160    Emergency Physicians of S Jersey PC,    Akron Billing Center,   3585 Ridge Park Drive,
              Suite 300,    Akron, OH 44333-8203
517322159    Emergency Physicians of S Jersey PC,    Akron Billing Center,   2620 Ridgewood Road,    Suite 300,
              Akron, OH 44313-3527
517322161    HRRG,    PO Box 8486,   Coral Springs, FL 33075-8486
517322164   +Matthew Linden,    ATTN: Lois Schwartz, Esquire,   Spear Wilderman,
              1040 N. Kings Highway, Suite 202,    Cherry Hill, NJ 08034-1925
517322165   +Matthew Linden,    239 Rising Sun Avenue,   Atco, NJ 08004-2216
517834728   +PennyMac Loan Services, LLC,    William M. E. Powers III,   Powers Kirn, LLC,
              728 Marne Highway, Suite 200,    Moorestown, NJ 08057-3128
517322167   +Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Road,    Suite 100,
              Mount Laurel, NJ 08054-3437
517322170   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,     Department of the Treasury,
              Division of Taxation,    PO Box 269,   Trenton, NJ 08695-0269)
517375246   +TD Bank, N.A.,    Payment Processing,   PO Box 16029,   Lewiston, ME 04243-9507
517394629   +TD Retail Card Services,    c/o Creditors Bankruptcy Service,   P O Box 800849,
              Dallas, TX 75380-0849
517322172   +Tdrcs/raymour & Flanig,    1000 Macarthur Blvd,   Mahwah, NJ 07430-2035
517322173    Virtua West Jersey Health,    ATTN: Freeman & Mintz PA,   34 Tanner Street,
              Haddonfield, NJ 08033-2482
517417200    Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,   Irvine, CA 92623-9657
517322174   +Wells Fargo Dealer Services,    Attn: Bankruptcy,   Po Box 19657,   Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 11 2018 22:46:58     U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 11 2018 22:46:58     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517322153   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 11 2018 22:46:57     Comenity Bank/anntylr,
              Po Box 182273,    Columbus, OH 43218-2273
517322154   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 11 2018 22:46:58     Comenitycapital/boscov,
              Comenity Bank,    Po Box 182125,   Columbus, OH 43218-2125
517322156    E-mail/Text: bankruptcy.bnc@ditech.com Dec 11 2018 22:46:57     Ditech,   PO Box 6172,
              Rapid City, SD 57709-6172
517322155   +E-mail/Text: bankruptcy.bnc@ditech.com Dec 11 2018 22:46:57     Ditech,   Attn: Bankruptcy,
              Po Box 6172,    Rapid City, SD 57709-6172
517407142   +E-mail/Text: bankruptcy.bnc@ditech.com Dec 11 2018 22:46:57     Ditech Financial LLC,
              PO Box 6154,    Rapid City SD 57709-6154
517322163    E-mail/Text: cio.bncmail@irs.gov Dec 11 2018 22:46:57     Internal Revenue Service,
              PO Box 21126,    Philadelphia, PA 19114
517322166   +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 11 2018 22:46:58     Office of the U.S. Trustee,
              District of New Jersey,    U.S. Department of Justice,   One Newark Center, Suite 2100,
              Newark, NJ 07102-5235
517382679   +E-mail/Text: bankruptcyteam@quickenloans.com Dec 11 2018 22:46:59     QUICKEN LOANS INC.,
              QUICKEN LOANS, INC.,    635 WOODWARD AVE.,   DETROIT MI 48226-3408
517448704    E-mail/Text: bnc-quantum@quantum3group.com Dec 11 2018 22:46:58
              Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
517448703    E-mail/Text: bnc-quantum@quantum3group.com Dec 11 2018 22:46:58
              Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
              Kirkland, WA 98083-0788
517322168   +E-mail/Text: bankruptcyteam@quickenloans.com Dec 11 2018 22:46:59     Quicken Loans,
              1050 Woodward Avenue,    Detroit, MI 48226-1906
517322171    E-mail/Text: bankruptcy@td.com Dec 11 2018 22:46:58     Td Banknorth,   Attn: Bankruptcy,
              Po Box 1190,    Lewston, ME 04243
517441382    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 11 2018 22:56:22     Verizon,
              by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK 73124-8838
```

```
District/off: 0312-1          User: admin               Page 2 of 2              Date Rcvd: Dec 11, 2018
                              Form ID: pdf905           Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517448874        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 11 2018 22:56:22
                  Verizon by American InfoSource LP as agent,   4515 N Santa Fe Ave,
                  Oklahoma City,OK 73118-7901
                                                                                             TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517322162*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   Special Procedures Branch,
                 Bankruptcy Section,   PO Box 724,   Springfield, NJ 07081-0724)
517322169*     +Quicken Loans, Inc.,   1050 Woodward Ave.,   Detroit, MI 48226-1906
517322149      ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:
```
          Andrew    Sklar     andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
          Denise E. Carlon    on behalf of Creditor   DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joel R. Spivack    on behalf of Debtor Tabatha L. Campbell joel@spivacklaw.com,
           admin@spivacklaw.com;r44331@notify.bestcase.com
          Nicholas V. Rogers    on behalf of Creditor   QUICKEN LOANS INC. nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor   QUICKEN LOANS INC. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```