UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Tabatha L Caampbell

Case No.: 18-12474-ABA

Adv. No.:

Hearing Date: 1/8/19

# ORDER REGARDING REAFFIRMATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: January 8, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No. –ABA
Debtor(s):
Order Regarding Reaffirmation Agreement
Page 2

The Reaffirmation Agreement between the Debtor(s) and _Wells Fargo Bank, NA _ is:

(Creditor)

_____ Approved

_xxx_____ Disapproved. However, the Court finds and concludes that the Debtor(s) has fully complied with deadlines of 11 U.S.C. Sections 521(a)(2), 521(a)(6) and 362(h). Accordingly, Creditor must seek further order of this Court in order to exercise any remedies under the subject installment agreement with respect to any pre-petition non-monetary defaults thereunder.

**IT IS FURTHER ORDERED** that in accordance with D.N.J. LBR 4001-2:

A secured creditor does not violate the automatic stay imposed by § 362 of the Code or the discharge injunction imposed by § 524 of the Code when it sends any of the following documents to the debtor:

(1) a regular monthly statement or payment coupon;

(2) a reminder statement which is informational only and does not demand payment;

(3) a notice of the status of an escrow account, including a notice regarding calculation of a new monthly payment based on a change in the property tax or insurance premium; or

(4) a notice of an adjustment to a variable rate monthly mortgage payment resulting from a change in the interest rate.

United States Bankruptcy Court
District of New Jersey

In re:  
Tabatha L. Campbell  
     Debtor

Case No. 18-12474-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 08, 2019  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2019.  
db           +Tabatha L. Campbell,    105 Cooper Road,    Voorhees, NJ 08043-4958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2019 at the address(es) listed below:  
         Andrew Sklar     andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com  
         Denise E. Carlon     on behalf of Creditor     DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
          summarymail@standingtrustee.com  
         Joel R. Spivack     on behalf of Debtor Tabatha L. Campbell joel@spivacklaw.com,  
          admin@spivacklaw.com;r44331@notify.bestcase.com  
         Nicholas V. Rogers     on behalf of Creditor     QUICKEN LOANS INC. nj.bkecf@fedphe.com  
         Sherri Jennifer Smith     on behalf of Creditor     QUICKEN LOANS INC. nj.bkecf@fedphe.com,  
          nj.bkecf@fedphe.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                 TOTAL: 7