**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Tabatha Campbell, Debtor(s)              **Case No.: 18-12474/ABA**
                                          **Chapter:** 7

**NOTICE OF HEARING ON REAFFIRMATION AGREEMENT**

    You are hereby notified of a hearing before the Honorable Andrew B. Altenburg, Jr.,
United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and TD Retail Card Services/Raymour

**Location of Hearing**: United States Bankruptcy Court
                         400 Cooper Street, Courtroom 4B
                         Camden, NJ

**Date and Time:**        Tuesday, February 19, 2019 at 12:00 PM
                          or as soon as the matter may be reached.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient
time for the hearing, the Debtor(s) should contact the Court at 856-361-2325 not later than
5 days before the hearing date.  If Counsel for the Debtor intends to appear, you may
contact the Court to request that the matter be heard at 10:00 a.m.**

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on  January 18, 2019 the foregoing notice was served on the
following:

Tabatha Campbell, Debtor
Joel Spivack, Counsel for Debtor