# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

Tabatha Campbell, Debtor(s)

Case No.: 18-12474/ABA
Chapter: 7

## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and TD Retail Card Services/Raymour

**Location of Hearing**: United States Bankruptcy Court
400 Cooper Street, Courtroom 4B
Camden, NJ

**Date and Time:** Tuesday, February 19, 2019 at 12:00 PM
or as soon as the matter may be reached.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient time for the hearing, the Debtor(s) should contact the Court at 856-361-2325 not later than 5 days before the hearing date. If Counsel for the Debtor intends to appear, you may contact the Court to request that the matter be heard at 10:00 a.m.**

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on January 18, 2019 the foregoing notice was served on the following:

Tabatha Campbell, Debtor
Joel Spivack, Counsel for Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Tabatha L. Campbell  
    Debtor

Case No. 18-12474-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 18, 2019  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2019.  
db          +Tabatha L. Campbell,  105 Cooper Road,  Voorhees, NJ 08043-4958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2019 at the address(es) listed below:  
           Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com  
           Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Joel R. Spivack    on behalf of Debtor Tabatha L. Campbell joel@spivacklaw.com, admin@spivacklaw.com;r44331@notify.bestcase.com  
           Nicholas V. Rogers    on behalf of Creditor    QUICKEN LOANS INC. nj.bkecf@fedphe.com  
           Sherri Jennifer Smith    on behalf of Creditor    QUICKEN LOANS INC. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                  TOTAL: 7