Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  18−12474−ABA
                        Chapter:  7
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tabatha L. Campbell
   fka Tabatha L, Linden
   105 Cooper Road
   Voorhees, NJ 08043

Social Security No.:
   xxx−xx−2840

Employer's Tax I.D. No.:

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 6, 2019</u>                <u>Andrew B. Altenburg Jr.</u>
                                        Judge, United States Bankruptcy Court